IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MONICA Y PETERS-CLARK, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 9:23-CV-100-MJT |
| ANGELINA COLLEGE, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DKT. 23]

Plaintiff Monica Peters-Clark brought this suit alleging race discrimination and unlawful retaliation under Title VII, race discrimination under 42 U.S.C. §1981, and state law claims of race discrimination and unlawful retaliation under the Texas Labor Code against Defendant Angelina College [Dkt. 1].  The District Court referred Defendant's Rule 12(b)(6) Partial Motion to Dismiss [Dkts. 3, 17] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition.  On August 13, 2024, the Magistrate Judge entered a Report and Recommendation [Dkt. 23] in which she recommended dismissal of Plaintiff's §1981 claim but denial of Defendant's motion [Dkt. 3] as to Plaintiff's Title VII and state law claims.  To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 23] is ADOPTED.  Defendant's Rule 12(b)(6) Partial Motion to Dismiss [Dkt. 3] is GRANTED in part and DENIED in part.

**SIGNED this 3rd day of September, 2024.**

_____
Michael J. Truncale
United States District Judge