# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **MONICA PETERS-CLARK, PH.D.,** § | | |
| *Plaintiff* § | | |
| § | | |
| **V.** § | | **CIVIL ACTION NO. 9:23-CV-100** |
| § | | |
| **ANGELINA COLLEGE** § | | |
| *Defendant* § | | **JURY DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff, **Monica Peters-Clark, Ph.D.,** and Defendant, **Angelina College**, file this Notice of Settlement.

The Parties have reached an agreement to amicably resolve this matter. The Parties have agreed that all taxable costs will be borne by the party incurring the same.

The Parties respectfully ask the Court to stay all deadlines and give the Parties 30 days to complete the formal settlement paperwork and related tasks.

WHEREFORE, PREMISES CONSIDERED, the Parties request the Court to stay all deadlines and give the Parties 30 days to complete the formal settlement paperwork and related tasks.

Respectfully submitted,

**HIGHTOWER, FRANKLIN, & JAMES, PLLC**

/s/ Tanner Franklin

**Tanner G.M. Franklin**
Attorney-In-Charge
Texas Bar No. 24082506
tanner@thegoodlawyer.com

115 South Street
Nacogdoches, Texas 75944
(936) 560-3300 – Telephone
(936) 560-5600 – Fax

**ATTORNEYS FOR PLAINTIFF**

**THOMPSON & HORTON LLP**

_____
Christopher B. Gilbert
State Bar No. 00787535
cgilbert@thompsonhorton.com
Dena Moghtader
State Bar No. 24127997
dmoghtader@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6767
Facsimile: (713) 583-8884

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF FILING AND SERVICE

  I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed with United States District Clerk for the Eastern District of Texas via the CM/ECF filing system, in accordance with the rules of this Court on this the 30th day of October 2024.  This will provide service on all counsel of record in this matter.

*/s/ Tanner Franklin*

Tanner G. M. Franklin