# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **MONICA PETERS-CLARK, PH.D.,** § | | |
| *Plaintiff* § | | |
| § | | |
| **V.** § | **CIVIL ACTION NO. 9:23-CV-100** | |
| § | | |
| **ANGELINA COLLEGE** § | | |
| *Defendant* § | **JURY DEMANDED** | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, **Monica Peters-Clark, Ph.D.,** and Defendant, **Angelina College**, file this Joint Stipulation of Dismissal.

The Parties have reached an agreement to amicably resolve this matter. It is hereby stipulated and agreed between the above-captioned Plaintiff Monica Peters-Clark, Ph.D. and Defendant Angelina College that all of Plaintiff's claims in the above-referenced cause of action are HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*.

All costs will be borne by the party incurring the same.

This Joint Stipulation of Dismissal shall be effective upon filing of same with the clerk of the Court in the above-styled and numbered proceeding

Respectfully submitted,

**HIGHTOWER, FRANKLIN, & JAMES, PLLC**

_/s/ Tanner Franklin_

**Tanner G.M. Franklin**
Attorney-In-Charge
Texas Bar No. 24082506
tanner@thegoodlawyer.com

115 South Street
Nacogdoches, Texas 75944
(936) 560-3300 – Telephone
(936) 560-5600 – Fax

**ATTORNEYS FOR PLAINTIFF**

**THOMPSON & HORTON LLP**

_____
Christopher B. Gilbert
State Bar No. 00787535
cgilbert@thompsonhorton.com
Dena Moghtader
State Bar No. 24127997
dmoghtader@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6767
Facsimile: (713) 583-8884

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF FILING AND SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been filed with United States District Clerk for the Eastern District of Texas via the CM/ECF filing system, in accordance with the rules of this Court on this the 23rd day of December 2024. This will provide service on all counsel of record in this matter.

                                                  Tanner G. M. Franklin