IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MONICA PETERS-CLARK, PH.D., § § *Plaintiff,* § § VS. § § ANGELINA COLLEGE, § § *Defendant.* § | CIVIL ACTION NO. 9:23-CV-00100 JUDGE MICHAEL J. TRUNCALE |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL

The Court has received the Parties' Joint Stipulation of Dismissal [Dkt. 37] filed in this matter. The Parties advise that they have reached an agreement to amicably resolve this matter and file the present joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court hereby acknowledges the Parties' Joint Stipulation of Dismissal effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

SIGNED this 27th day of December, 2024.

_____
Michael J. Truncale
United States District Judge